# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

JACINDA GARDNER, individually and on behalf )
of all others similarly situated,                                )
                                                                              )
                                    Plaintiff,                         )          Case No. 2:13-cv-03399-BHH
                                                                              )
                    v.                                                      )
                                                                              )
COUNTRY CLUB, INC., d/b/a MASTERS             )
GENTLEMEN'S CLUB,                                          )
                                                                              )
                                    Defendant.                      )

## ORDER OF COURT

AND NOW, this 12th day of December, 2018, upon consideration of the parties' Notice of Settlement and Joint Motion to Stay, IT IS HEREBY ORDERED that the motion is GRANTED.  All deadlines and proceedings in this action are stayed/continued until further notice. The parties shall file their complete agreement and move for preliminary approval no later than 45 days from the date of this order.

SO ORDERED.

December 12, 2018

s/Bruce Howe Hendricks
Hon. Bruce Howe Hendricks
United States District Judge