# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JACINDA GARDNER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:13-cv-03399-BHH |
| v. ) ) | |
| COUNTRY CLUB, INC., d/b/a MASTERS GENTLEMEN'S CLUB, ) ) ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 25th day of January, 2019, upon consideration of the parties' joint motion for an extension of time to file a motion for preliminary approval of a proposed class settlement agreement, IT IS HEREBY ORDERED that the motion is GRANTED. The parties shall file their complete agreement and move for preliminary approval no later than February 7, 2019. All other deadlines and proceedings in this action remain stayed/continued until further notice.

SO ORDERED.

Dated: January 25, 2019

s/ Bruce Howe Hendricks

Hon. Bruce Howe Hendricks