# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JACINDA GARDNER, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>COUNTRY CLUB, INC., d/b/a MASTERS GENTLEMEN'S CLUB, )<br><br>Defendant. ) | Case No. 2:13-cv-03399-BHH |

## PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Jacinda Gardner, moves under Federal Rules of Civil Procedure 23(b)(3) and 23(e) for preliminary approval of a proposed class action settlement between her and Defendant Country Club, Inc. d/b/a Masters Gentlemen's Club, and approval of the proposed notice to the class. Copies of the proposed agreement and notice are attached to the Declaration of Gary F. Lynch. A memorandum in support of this motion is being filed contemporaneously herewith.

Defendant consents to the relief sought in this motion.

Dated:   February 7, 2019              Respectfully submitted,

>   */s/ T. Christopher Tuck*
>   T. Christopher Tuck [Fed. ID 9135]
>   ctuck@rpwb.com
>   RICHARDSON, PATRICK, WESTBROOK
>   & BRICKMAN, LLC
>   1037 Chuck Dawley Blvd., Bldg. A
>   Mt. Pleasant, SC 29464
>   Telephone:   (843) 727-6682
>   Facsimile:   (843) 216-6509

Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA   15222
412-322-9243 (p)
412-231-0246 (f)

*Attorneys for Plaintiff and the Class*

### Certificate of Service

I hereby certify that on February 7, 2019, the foregoing document was electronically filed using the Court's CM/ECF filing system, which will serve notice of the filing on counsel of record for all parties.

*/s/ T. Christopher Tuck*

T. Christopher Tuck