**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| JACINDA GARDNER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:13-cv-03399-BHH |
| v. | ) ) | |
| COUNTRY CLUB, INC., d/b/a MASTERS GENTLEMEN'S CLUB, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR AWARD OF ATTORNEY FEES, EXPENSES, AND SERVICE PAYMENTS**

Plaintiff Jacinda Gardner moves under Rule 23(h) for an award of attorneys' fees in the amount of $500,000, reimbursement of litigation expenses in the amount of $82,763.04, a $10,000 service/incentive award to Plaintiff Jacinda Gardner, and $2,500 service/incentive awards to each of the following Opt-in Plaintiffs who sat for depositions: Jessica Talbot, Leila Kurri, Stephanie DeBaggis, and Charlotte Smith. This motion is made in connection with the proposed class action settlement between Plaintiff Gardner Defendant Country Club, Inc. d/b/a Masters Gentlemen's Club, which was preliminarily approved by the Court on February 8, 2019. As provided in the settlement agreement (ECF No. 190-3), Defendant has agreed not to oppose the relief sought in this motion.

In further support of this motion, a memorandum and declaration are being filed contemporaneously herewith. A proposed order incorporating the relief requested herein will be filed in conjunction with Plaintiff's separate motion for final approval of the settlement.

Dated:    May 6, 2019                    Respectfully submitted,

*/s/ T. Christopher Tuck*
T. Christopher Tuck [Fed. ID 9135]
ctuck@rpwb.com
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telephone:   (843) 727-6515
Facsimile:   (843) 216-6509

Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA   15222
412-322-9243 (p)
412-231-0246 (f)

*Attorneys for Plaintiff and the Class*

**<u>Certificate of Service</u>**

I hereby certify that on May 6, 2019, the foregoing document was electronically filed using the Court's CM/ECF filing system, which will serve notice of the filing on counsel of record for all parties.

*<u>/s/ T. Christopher Tuck</u>*

T. Christopher Tuck