**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| JACINDA GARDNER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:13-cv-03399-BHH |
| v. | ) ) ) | |
| COUNTRY CLUB, INC., d/b/a MASTERS GENTLEMEN'S CLUB, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, Jacinda Gardner moves under Federal Rules of Civil Procedure 23(b)(3) and 23(e) for final approval of a proposed class action settlement between her and Defendant Country Club, Inc. d/b/a Masters Gentlemen's Club. A copy of the proposed agreement is attached to the Declaration of Gary F. Lynch. Copies of the approved notice mailed to Class Members and a report on the notice program are included in the Declaration of the Settlement Administrator, Jeffrey Mitchell of Analytics Consulting, LLC. A memorandum in support of this motion is being filed contemporaneously herewith.

Defendant consents to the relief sought in this motion.

Dated:    May 28, 2019                 Respectfully submitted,

                                        */s/ T. Christopher Tuck*
                                        T. Christopher Tuck [Fed. ID 9135]
                                        ctuck@rpwb.com
                                        RICHARDSON, PATRICK, WESTBROOK
                                        & BRICKMAN, LLC
                                        1037 Chuck Dawley Blvd., Bldg. A

Mt. Pleasant, SC 29464
Telephone:   (843) 727-6682
Facsimile:   (843) 216-6509


Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA   15222
412-322-9243 (p)
412-231-0246 (f)

*Attorneys for Plaintiff and the Class*


## Certificate of Service

I hereby certify that on May 28, 2019, the foregoing document was electronically filed using the Court's CM/ECF filing system, which will serve notice of the filing on counsel of record for all parties.

*/s/ T. Christopher Tuck*

T. Christopher Tuck